# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 31, 2026

FILED BY _____AP_____ D.C.

**Jul 31, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 26-10632-GG
Case Style: Tennille Decoste v. The City of Boynton Beach
District Court Docket No: 9:24-cv-81529-MD

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10632
_____

TENNILLE DECOSTE,

*Plaintiff-Appellant,*

*versus*

THE CITY OF BOYNTON BEACH,
  a Florida Municipal corporation,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:24-cv-81529-MD
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued
on this date in this appeal is entered as the judgment of this Court.

Entered: July 2, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: July 31, 2026

**NOT FOR PUBLICATION**

## In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 26-10632

Non-Argument Calendar

————————————

TENNILLE DECOSTE,

*Plaintiff-Appellant,*

*versus*

THE CITY OF BOYNTON BEACH,

a Florida Municipal corporation,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court

for the Southern District of Florida

D.C. Docket No. 9:24-cv-81529-MD

————————————

Before JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

Tennille Decoste appeals from the district court's January 29, 2026 order granting summary judgment in favor of The City of

2                     Opinion of the Court                    26-10632

Boynton Beach ("Boynton Beach"). Decoste's employment discrimination complaint asserted claims under Title VII of the Civil Rights Act of 1964 (Counts I and III), the Florida Civil Rights Act of 1992 (Counts II and IV), and the Florida Public Whistleblower Act (Count V).

After Boynton Beach moved for summary judgment on all of Decoste's claims, Decoste filed stipulation of dismissal as to Count V, pursuant to Federal Rule of Civil Procedure 41. On January 29, 2026, the district granted Boynton Beach's motion for summary judgment as to Counts I through IV. It did not rule on Count V, noting that Decoste had previously filed a stipulation dismissing that claim.

We lack jurisdiction over this appeal because Count V is still pending. *See* 28 U.S.C. § 1291 ("The courts of appeals . . . have jurisdiction [over] appeals from all final decisions of the district courts."); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012) (explaining that a ruling that disposes of fewer than all claims of all parties is not final). The Rule 41 stipulation purporting to dismiss Count V was ineffective because it sought to resolve only one of the five claims pending against Boynton Beach, rather than the entire action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Rosell v. VMSB, LLC*, 67 F.4th 1141, 1144 (11th Cir. 2023) (providing that a Rule 41 dismissal "can only be for an entire action, and not an individual claim"); *Esteva v. UBS Fin. Servs. Inc. (In re Esteva)*, 60 F.4th 664, 677 (11th Cir. 2023) (explaining that a plaintiff may use

26-10632                Opinion of the Court                3

Rule 41 to dismiss all claims against a particular defendant).  Because Count V has not been resolved, Decoste's appeal is not taken from a final, appealable order.  *See Sargeant*, 689 F.3d at 1246; 28 U.S.C. § 1291.

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  26-10632-GG
Case Style:  Tennille Decoste v. The City of Boynton Beach
District Court Docket No:  9:24-cv-81529-MD

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing.

Costs
Costs are taxed against Appellant(s) / Petitioner(s).

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion