**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-81529-DAMIAN**

**TENNILLE DECOSTE**,

Plaintiff,

v.

**THE CITY OF BOYNTON BEACH**,

Defendant.
______________________________/

# AMENDED FINAL JUDGMENT

**THIS CAUSE** having come before this Court for consideration of Defendant, The City of Boynton Beach's ("Defendant"), Motion for Summary Judgment [ECF No. 22], and said Motion having been granted as to Counts I through V by separate Orders [ECF Nos. 42 and 54], it is hereby

**ORDERED AND ADJUDGED** that, pursuant to Federal Rule of Civil Procedure 58, Final Judgment is entered in favor of Defendant, The City of Boynton Beach, and against Plaintiff, Tennille Decoste, as to Counts I through V of Plaintiff's Complaint. Plaintiff shall take nothing by this action, and Defendant shall go hence without day. This Court reserves jurisdiction over post-trial motions, if any.

**DONE AND ORDERED** in the Southern District of Florida on September 17, 2026.

______________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record